```
                                    ┌─────────────────────────────────┐
                                    │  UNITED STATES DISTRICT COURT   │
                                    │             FILED               │
                                    │      October 20, 2000           │
                                    │  EASTERN DISTRICT OF LOUISIANA  │
                                    │       Loretta G. Whyte          │
                                    │            Clerk                │
                                    └─────────────────────────────────┘
```

MINUTE ENTRY
DUVAL, J.
OCTOBER 20, 2000

                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRANS-PACIFIC SHIPPING CO. | CIVIL ACTION |
| VERSUS | NO: 00-389 |
| BLUE CLOUD SHIPPING & TRADING, INC. | SECTION: "K"(2) |

# CALL DOCKET

The above-captioned matter was filed on February 7, 2000. There is no record of service on or appearance by defendant, Blue Cloud Shipping & Trading, Inc. Accordingly,

IT IS ORDERED that plaintiff(s) shall show cause on or before November 20, 2000, by written memorandum or motion, as is appropriate, why this person should not be dismissed for plaintiff's failure to serve within 120 days of filing the complaint as required under Fed. R. Civ. P. 4(m), Accordingly,

      **FAILURE TO COMPLY WITH THIS MINUTE ENTRY SHALL RESULT**
             **IN DISMISSAL WITHOUT FURTHER NOTICE.**

DATE OF ENTRY:     OCT 2 3 2000

Fee____
Process____
Docket____
CtRm Dep____
Document No.____