FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR -3 PM 5:00

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
DUVAL, J.
March 27, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRANS-PACIFIC SHIPPING CO.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-389** |
| **BLUE CLOUD SHIPPING & TRADING, INC.** | **SECTION "K"(2)** |

Participating in a telephonic status conference held this day were:

Scott Oliphant for plaintiff and

Kent Morrison for defendant.

The Court inquired into the status of the case and was informed that discovery is proceeding without problems; apparently, liability has been admitted and only damages are at issue.

The parties were reminded of the Court's rules with respect to motions being timely filed and the procedure therefor. The last day to file a substantive motion is **July 31, 2001** which would be set for hearing on **August 15, 2001**.

Plaintiff will contact the magistrate judge to set a settlement conference as set out in the pre-trial notice.

DATE OF ENTRY
APR 0 4 2001

Counsel indicated they would be prepared for trial on **September 20, 2001 at 8:30 a.m.** which trial date the Court shall enforce.

*[signature]*