

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRANS-PACIFIC SHIPPING CO. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0389 |
| | * | |
| BLUE CLOUD SHIPPING & | * | SECTION "K" |
| TRADING, INC. | * | |
| | * | MAGISTRATE (2) |

* * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**COMES NOW**, Blue Cloud Shipping & Trading, Inc. ("Blue Cloud"), defendant, by and through undersigned counsel and upon suggesting to the Court that it desires to enroll as additional counsel of record, Robin C. Minturn (Bar No. 25797) of the firm Phelps Dunbar, L.L.P. together with James H. Roussel (Bar No. 11496) and T. Kent Morrison (Bar No. 25802) of the firm Phelps Dunbar, L.L.P., already enrolled as counsel of record, mover respectfully requests that the said addition be made in the record of this Court.

NO 99190718 1

DATE OF ENTRY

JUN 1 8 2001



Respectfully submitted,

_____
JAMES H. ROUSSEL, T.A. (#11496)
T. KENT MORRISON (#25802)
PHELPS DUNBAR, L.L.P.
One Canal Place, Suite 2000
365 Canal Street
New Orleans, Louisiana 70130-6534
Telephone:  504-566-1311
Facsimile:  504-568-9130

ATTORNEYS FOR BLUE CLOUD SHIPPING & TRADING, INC.

## CERTIFICATE

I hereby certify that a copy of the above and foregoing pleading has been served upon opposing counsel this 14th day of June, 2001 by depositing same in the U.S. Mail, postage pre-paid, properly addressed.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRANS-PACIFIC SHIPPING CO. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0389 |
| | * | |
| BLUE CLOUD SHIPPING & | * | SECTION "K" |
| TRADING, INC. | * | |
| | * | MAGISTRATE (2) |

* * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion to Enroll As Additional Counsel of Record,

IT IS ORDERED that the name of Robin C. Minturn (Bar No. 25797) of the firm Phelps Dunbar, L.L.P. be and hereby is added as additional counsel of record with James H. Roussel (Bar No. 11496) and T. Kent Morrison (Bar No. 24802) and the firm Phelps Dunbar, L.L.P.

New Orleans, Louisiana this ___18th___ day of ___June___, 2001.

_____
UNITED STATES DISTRICT JUDGE

NO 99190719 1