

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRANSPACIFIC SHIPPING CO.** | **CIVIL ACTION** |
| VERSUS | NO. 00-0389 |
| **BLUE CLOUD SHIPPING & TRADING, INC.** | SECTION K |
| | MAGISTRATE 2 |

## DEFENDANT'S EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes defendant, Blue Cloud Shipping and Trading, Inc., and hereby files its list of exhibits which may be introduced at the trial of the above-referenced matter:

1. Crew list for the M/V CHINA SPIRIT;

2. Smooth and rough deck log of the M/V CHINA SPIRIT;

3. Smooth and rough engine room logs of the M/V CHINA SPIRIT;

4. Cargo plan and cargo records of the M/V CHINA SPIRIT;

5. Crew Wage Receipts;

6. American Bureau of Shipping class certificates and records for the M/V CHINA SPIRIT;

NO 99195447.1



7. Telex file of the M/V CHINA SPIRIT;

8. Repair Records for the M/V CHINA SPIRIT;

9. All documents including invoices, receipts, bids and correspondence related to repairs to the CHINA SPIRIT in Shanghai and New Orleans;

10. Voyage plan of the M/V CHINA SPIRIT;

11. Photographs of the M/V CHINA SPIRIT;

12. All documents from Sabine Surveyors, Inc. regarding the CHINA SPIRIT including all survey reports;

13. All documents from Shanghai Lixin Shipyards regarding repairs to the CHINA SPIRIT;

14. Vessel file of Navios Shipping Agencies;

15. All documents of A/S D/S Torm regarding the CHINA SPIRIT;

16. Vessel file of Shanghai Marine Shipping Agency regarding the CHINA SPIRIT;

17. All documents of Boland Marine & Mfg. regarding repairs to the CHINA SPIRIT;

18. All documents listed, used or identified by any other party or produced in discovery;

19. All documents including correspondence, charters, telexes, notices and contracts to/or from ADM regarding Voyage 36;

20. Correspondence to or from the CHINA SPIRIT, ADM, TORM and/or charterers of the CHINA SPIRIT regarding the collision, repairs, and/or Voyage 35, 36 and 37;

21. Charters or contracts applicable to the M/V CHINA SPIRIT;

22. All survey reports of the CHINA SPIRIT;

23. Final Hire Statements for the CHINA SPIRIT for Voyages 35, 36, and 37;

24. Maintenance records for the M/V CHINA SPIRIT;

25. Reports made to governmental agencies by the M/V CHINA SPIRIT;

26. Survey report of Technical Maritime Associates;

27. Survey report of Andrew Moore & Associates Ltd;

28. Records regarding loss of use of M/V CHINA SPIRIT;

29. Ship's particulars of CHINA SPIRIT;

30. Speed table, sea trials and vessel files of CHINA SPIRIT;

31. Damage supports for damages claimed by the CHINA SPIRIT;

32. Any and all exhibits listed by the other parties herein; and

33. Pleadings in this action, including discovery responses.

Blue Cloud Shipping and Trading, Inc. reserves the right to supplement and amend this Exhibit List.

Respectfully submitted,

PHELPS DUNBAR, LLP

*[signature]*

JAMES H. ROUSSEL, T.A. (#11496)
ROBIN MINTURN (#25797)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130 or 9007

ATTORNEYS FOR BLUE CLOUD SHIPPING & TRADING, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 2nd day of July 2001, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed, and postage prepaid.

_____