

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRANS PACIFIC SHIPPING CO.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-389** |
| **BLUE CLOUD SHIPPING AND TRADING, INC.** | **SECTION K** |
| | **MAGISTRATE 2** |

### DEFENDANT'S WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes defendant, Blue Cloud Shipping and Trading, Inc., and hereby files its list of witnesses who may be called to testify at the trial of the above-referenced matter:

1. Expert(s) concerning permanent and temporary repairs to the CHINA SPIRIT;

2. Master and crew of the CHINA SPIRIT;

3. Master and crew of the EL FLAMENCO;

4. Bernard Teale and/or other representatives of Andrew Moore & Associates Ltd.;

5. Ben Haveman and/or other representatives of Technical Maritime Associates, Inc.;

6. Paul Hayward and/or other representatives of the American Bureau of Shipping;

NO:99195448 1

7. Dave Pereira and/or other representatives of Sabine Surveyors, Inc.;

8. One or more representatives of the National Cargo Bureau;

9. One or more representatives of the U.S. Department of Agriculture;

10. One or more representatives of Boland Marine and Mfg. Co., Inc.;

11. One or more representatives of ADM Growmark;

12. One or more representatives of Crescent River Port Pilots;

13. One or more representatives of Trans-Pacific Shipping Co.,

14. One or more representatives of Lasco Shipping Co.;

15. One or more representatives of International Paint, Inc.

16. One or more representatives of Dormac Marine & Engineering (PTY) Ltd.;

17. One or more representatives of Cooper T. Smith Mooring;

18. One or more representatives of Crescent Towing & Salvage Co., Inc.;

19. One or more representatives of A/S D/S TORM;

20. One or more representatives of Navios Ship Agency, Inc.;

21. A.N. Petersen and/or other broker for the CHINA SPIRIT;

22. One or representatives of the Liberian International Ship and Corporate Registry, LLC;

23. One or more representatives of Intermare Agency Services, Inc.;

24. One or more representatives of Shanghai Lifeng (Lixin) Shipyard;

25. One or more representatives of Shanghai Marine Shipping Agency;

26. One or more representatives of Crane Ltd.;

27. One or more representatives of Bulk Trading Group Ltd.;

28. One or more representatives of Bulk Marine Transportation, Inc.;

29. One or more representatives of any party which provided repair services to the CHINA SPIRIT in New Orleans and/or Shanghai;

30. One or more representatives of any party which provided supplies, materials, necessaries, spare parts, and/or services to the CHINA SPIRIT in New Orleans and Shanghai;

31. One or more representatives of any charterer of the CHINA SPIRIT;

32. Any witness identified in responses to discovery;

33. Any party who conducted a survey of the CHINA SPIRIT;

34. Any witness identified in any deposition;

35. Any party who submitted a bid for permanent and/or temporary repairs of the CHINA SPIRIT;

36. One or more representatives of Blue Cloud Shipping and Trading, Inc.;

37. Witnesses necessary to authenticate any exhibit; and

38. Any witness listed or called by any other party to this litigation.

Blue Cloud Shipping and Trading, Inc. reserves the right to supplement this witness list prior to trial.

Respectfully submitted,

PHELPS DUNBAR, LLP

_____
JAMES H. ROUSSEL, T.A. (#11496)
ROBIN C. MINTURN (#25797)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130 or 9007

ATTORNEYS FOR BLUE CLOUD SHIPPING AND TRADING INC.

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 2nd day of July, 2001, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed, and postage prepaid.

_____
Robin C. Minter