

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRANS-PACIFIC SHIPPING CO. | CIVIL ACTION |
| VERSUS | NO. 00-389 |
| BLUE CLOUD SHIPPING & TRADING, INC. | SECTION "K" (2) |

**IT IS ORDERED** that a **Settlement Conference** is set in this case on **August 23, 2001 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

Counsel for all parties are instructed to submit their respective settlement position letters on or before **August 22, 2001** for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.

New Orleans, Louisiana, this _9th_ day of July, 2001.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. STANWOOD R. DUVAL, JR.

DATE OF ENTRY
JUL 1 0 2001