

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 25 PM 3:56

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRANS-PACIFIC SHIPPING CO.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0389** |
| **BLUE CLOUD SHIPPING & TRADING** | * | **SECTION "K"** |
| * * * * * * * * * | | **MAGISTRATE (2)** |

## EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Trans-Pacific Shipping Co. ("Trans-Pacific"), who submits the following list of exhibits which may be introduced at the trial of this matter:

1. Invoices of Sabine Surveyors, Inc.

2. Invoices of Port Ship Service, Inc.

3. Invoices of Boland Marine & Manufacturing Company, Inc.

4. Invoices of Cooper/T. Smith Mooring



5. Invoices of Crescent Towing & Salvage Co. Inc.

6. Debit Notes issued by A/S D/S TORM

7. Payroll Records of the M/V CHINA SPIRIT

8. Invoices reflecting expenses incurred by Port Engineer attending temporary damage repairs in New Orleans

9. Invoices reflecting expenses incurred by Port Captain attending investigation of accident in New Orleans

10. Invoices of Navios Ship Agencies, Inc.

11. Invoices of ABS Americas

12. Invoice of Shanghai Lifeng Shipyard

13. Invoice(s) of Shanghai Marine Shipping Agency

14. 21 May 2000 E-Mail Letter from th Master of the M/V CHINA SPIRIT to Herbert Stephens

15. Invoices reflecting expenses incurred by Port Engineer attending permanent damage repairs at Shanghai Lifeng Shipyard

16. Invoices of Blue Marine Transportation, Inc.

17. Photographs of the M/V CHINA SPIRIT

18. General Arrangement of the M/V CHINA SPIRIT

19. Estimates for permanent repairs to the vessel

20. Dormac Marine Invoices

21. International Marine and Construction Delivery Note

22. International Paint Invoices

23. Reports of ABS concerning collision damages and repairs

24. U.S. Coast Guard documents concerning collision and vessel restrictions

25. Telexes regarding collision related loading delays in New Orleans

26. Fuel consumption records

Plaintiff reserves the right to further supplement and amend this list of exhibits.

Respectfully submitted,

MURPHY, ROGERS & SLOSS

_____
Robert H. Murphy, T.A. #9850
Scott E. Oliphant #23885
701 Poydras Street
400 One Shell Square
New Orleans, LA   70139
Telephone: (504) 523-0400
Attorneys for Trans-Pacific Shipping
Company, as Owner of the M/V CHINA
SPIRIT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this \_\_25\_\_ day of July 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by telefax or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

_____

300/1662