

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRANS-PACIFIC SHIPPING CO. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0389 |
| BLUE CLOUD SHIPPING & TRADING | * | SECTION "K" |
| *  *  *  *  *  *  *  *  * | | MAGISTRATE (2) |

WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, come plaintiff, Trans-Pacific Shipping Co. ("Trans-Pacific"), who submits the following list of witnesses who may be called to testify at the trial of this matter:

1. Oleksandr Yermolenko, Master of the M/V CHINA SPIRIT

2. Crew of the M/V CHINA SPIRIT

3. Crew of the M/V FLAMENCO

```
___Fee_____
___Process___
_X_Dktd_____
___CtRmDep__
   Doc.No.___
```

4. Ben Haveman and/or another Representative of Technical Maritime Associates, Inc.

5. David Periera and/or another representative of Sabine Surveyors, Inc.

6. Paul Hayward, Marek Dobrowski and/or another representative of the American Bureau of Shipping

7. Representative(s) of Port Ship Service, Inc.

8. Representatives(s) of Boland Marine & Manufacturing Company, Inc.

9. Representative(s) of Cooper/T. Smith Mooring

10. Representative(s) of Crescent Towing & Salvage Co. Inc.

11. Representative(s) of A/S D/S TORM

12. Herbert Stephens

13. George Mitev

14. Representative of Lasco Shipping Co. to discuss loss of use damages

15. Representative(s) of Navios Ship Agencies, Inc.

16. Representative(s) of Shanghai Lifeng Shipyard

17. Representative(s) of Shanghai Marine Shipping Agency

18. Representative(s) of Blue Marine Transportation, Inc.

19. Any witness listed, introduced or sought to be introduced by any other party to this litigation

20.   Any witness needed for the authenticate any exhibit

Plaintiff reserves the right to further supplement and amend this list of witnesses.

Respectfully submitted,

MURPHY, ROGERS & SLOSS

_____
Robert H. Murphy, T.A. #9850
Scott E. Oliphant #23885
701 Poydras Street
400 One Shell Square
New Orleans, LA   70139
Telephone: (504) 523-0400
Attorneys for Trans-Pacific Shipping
Company, as Owner of the M/V CHINA
SPIRIT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this ___25th___ day of July 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by telefax or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

_____

300/1662

3