

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 14 PM 4: 16
AUG 1 4 2001
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRANS-PACIFIC SHIPPING CO.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 00-0389** |
| | * | |
| **BLUE CLOUD SHIPPING &** | * | **SECTION "K"** |
| **TRADING, INC.** | * | |
| | * | **MAGISTRATE (2)** |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION AND INCORPORATED MEMORANDUM
## TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT
## OF MOTION TO COMPEL RESPONSES
## TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS

NOW INTO COURT, through undersigned counsel, comes defendant, Blue Cloud Shipping

& Trading, Inc. ("Blue Cloud"), and respectfully requests leave to file the attached Supplemental

Memorandum in Support of Motion to Compel Responses to Defendant's Request for Production

of Documents in order to address issues recently raised in Trans-Pacific Shipping Co.'s ("Trans-

Pacific") Memorandum in Opposition to Motion to Compel.

NO 99206345 1

DATE OF ENTRY
AUG 1 5 2001

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. 18

Respectfully submitted,

JAMES H. ROUSSEL, T.A. (#11496)
ROBIN C. MINTURN (#25797)
PHELPS DUNBAR, L.L.P.
One Canal Place, Suite 2000
365 Canal Street
New Orleans, Louisiana 70130-6534
Telephone:  504-566-1311
Facsimile:  504-568-9130

ATTORNEYS FOR BLUE CLOUD SHIPPING &
TRADING, INC.

## CERTIFICATE

I hereby certify that a copy of the above and foregoing pleading has been served upon opposing counsel this *14th* day of August, 2001 by depositing same in the U.S. Mail, postage pre-paid, properly addressed.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRANS-PACIFIC SHIPPING CO.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 00-0389** |
| | * | |
| **BLUE CLOUD SHIPPING &** | * | **SECTION "K"** |
| **TRADING, INC.** | * | |
| | * | **MAGISTRATE (2)** |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing,

IT IS HEREBY ORDERED that Blue Cloud Shipping & Trading, Inc., is hereby granted

leave to file the attached Supplemental Memorandum in Support of Motion to Compel Responses

to Defendant's Request for Production of Documents.

New Orleans, Louisiana, this _____15__ day of ___August___, 2001.

_____

UNITED STATES MAGISTRATE

NO 99206366 1