```
                                    FILED
                            U.S. DISTRICT COURT
                           EASTERN DISTRICT OF LA

                            2001 AUG 17  AM 11: 09

                              LORETTA G. WHYTE
                                    CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRANS-PACIFIC SHIPPING CO. | CIVIL ACTION |
| VERSUS | NO. 00-389 |
| BLUE CLOUD SHIPPING & TRADING, INC. | SECTION "K" (2) |

At the request of counsel for defendant, and having been advised that all parties agree to the change, **IT IS ORDERED** that the **settlement conference** previously set in this matter on August 23, 2001 is hereby **RESET** on **August 28, 2001 at 10:30 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

<u>Counsel for all parties are instructed to submit their respective settlement position letters on or before **August 27, 2001**, for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.</u>

New Orleans, Louisiana, this 16th day of August, 2001.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. STANWOOD R. DUVAL, JR.

DATE OF ENTRY
AUG 1 7 2001