


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRANS-PACIFIC SHIPPING CO. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0389 |
| BLUE CLOUD SHIPPING & TRADING | * | SECTION "K" |
| *  *  *  *  *  *  *  *  * | | MAGISTRATE (2) |

## MOTION TO ENROLL ADDITIONAL COUNSEL

**NOW INTO COURT**, through undersigned counsel, come plaintiff, Trans-Pacific Shipping Co., and respectfully request that Peter B. Sloss, Bar No. 17142, be added as additional counsel of record for plaintiff in the captioned matter.

DATE OF ENTRY
AUG 2 3 2001

Respectfully submitted,

MURPHY, ROGERS & SLOSS

_____
Robert H. Murphy, T.A. #9850
Scott E. Oliphant #23885
701 Poydras Street
400 One Shell Square
New Orleans, LA  70139
Telephone: (504) 523-0400
Attorneys for Trans-Pacific Shipping
Company, as Owner of the M/V CHINA
SPIRIT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this 16th day of August 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by telefax or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

_____

300/1662

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRANS-PACIFIC SHIPPING CO. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0389 |
| BLUE CLOUD SHIPPING & TRADING | * | SECTION "K" |
| * * * * * * * * * | | MAGISTRATE (2) |

## ORDER

Considering the foregoing motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Peter B. Sloss, Bar No. 17142 be added as additional counsel of record for plaintiff, Trans-Pacific Shipping Co., in the captioned matter.

New Orleans, Louisiana this 22nd day of August, 2001.

_____
UNITED STATES DISTRICT JUDGE