FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 28 PM 1:46

AUG 28 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRANS-PACIFIC SHIPPING CO.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0389** |
| **BLUE CLOUD SHIPPING & TRADING** | * | **SECTION "K"** |
| *  *  *  *  *  *  *  *  * | | **MAGISTRATE (2)** |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO CONTINUE PRE-TRIAL CONFERENCE

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Trans-Pacific Shipping Co., to move the Court for a brief continuance of the pre-trial conference currently scheduled for **30 August 2001** at **8:30 a.m.** in the captioned matter. A brief, one week, continuance of the pre-trial conference is requested in order to allow Trans-Pacific to obtain certain necessary documents from parties located overseas. On receipt of these documents, it is anticipated that the parties will be able to reach an

DATE OF ENTRY
AUG 3 0 2001

___ Fee___
___ Process___
_X_ Dktd
_✓_ CtRmDep
___ Doc.No. 22

amicable resolution of the captioned matter.  Consequently, a brief, one week, continuance of the pre-trial conference is requested in the interest of judicial economy.

**Counsel for Blue Cloud Shipping & Trading, Inc. has been contacted concerning this motion and has no opposition to a brief, one week, continuance of the pre-trial conference.**

                         Respectfully submitted,

                         MURPHY, ROGERS & SLOSS

                         */s/ Robert H. Murphy*
                         Robert H. Murphy, T.A. #9850
                         Peter B. Sloss #17142
                         Scott E. Oliphant #23885
                         701 Poydras Street
                         400 One Shell Square
                         New Orleans, LA  70139
                         Telephone: (504) 523-0400
                         Attorneys for Trans-Pacific Shipping
                         Company, as Owner of the M/V CHINA
                         SPIRIT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this 28th day of August 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by telefax or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

300/1662

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRANS-PACIFIC SHIPPING CO. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0389 |
| BLUE CLOUD SHIPPING & TRADING | * | SECTION "K" |
| * * * * * * * * * | | MAGISTRATE (2) |

## **O R D E R**

Considering the foregoing unopposed motion to continue pre-trial conference:

IT IS HEREBY ORDERED that the pre-trial conference currently scheduled for 30 August 2001 at 8:30 a.m. is canceled. The pre-trial conference will now take place on 13 September 2001 at 9:00 a.m.

New Orleans, Louisiana, on this 29th day of August, 2001.

_____
JUDGE STANWOOD R. DUVAL, JR.