FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP -6 PM 4:23

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**DUVAL, J.**
**September 6, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRANS-PACIFIC SHIPPING CO.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-389** |
| **BLUE CLOUD SHIPPING & TRADING, INC.** | **SECTION "K"** |

IT IS ORDERED that the above-referenced **PRETRIAL CONFERENCE** currently set at 9:00 A.M. on September 13, 2001 is **RESET AT 1:00 P.M. on SEPTEMBER 13, 2001.**

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 0 7 2001

CtRmDep
Doc.No. 23