

MINUTE ENTRY
DUVAL, J.
October 1, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TRANS-PACIFIC SHIPPING CO.**                    CIVIL ACTION

VERSUS                                             NO. 00-389

**BLUE CLOUD SHIPPING & TRADING, INC.**            SECTION "K"(2)

The Court is in receipt of the attached letter communicating that the parties are going to submit this matter on the papers and that an actual trial will not be necessary. Accordingly,

**IT IS ORDERED** that the parties comply with the Pre-Trial Order cut-off dates with respect to submissions for trial at which time this Court shall take the matter on those papers as of December 13, 2001, which is the date scheduled for the trial.

DATE OF ENTRY
OCT - 3 2001

# PHELPS DUNBAR LLP
### COUNSELORS AT LAW

| | | |
|---|---|---|
| New Orleans, LA | Canal Place | Jackson, MS |
| Baton Rouge, LA | 365 Canal Street • Suite 2000 | Tupelo, MS |
| Houston, TX | New Orleans, Louisiana 70130-6534 | Gulfport, MS |
| London, England | (504) 566-1311<br>Fax (504) 568-9130 | Tampa, FL |

**ROBIN C. MINTURN**
New Orleans Office
(504) 584-9217
minturnr@phelps.com

www.phelpsdunbar.com

September 27, 2001

2175-8

**VIA HAND DELIVERY**

Honorable Stanwood R. Duval, Jr.
Judge, United States District Court
500 Camp Street
New Orleans, LA 70130

    Re: *Trans-Pacific Shipping Co. v. Blue Cloud Shipping & Trading, Inc.*,
          United States District Court, Eastern District of Louisiana,
          Civil Action No. 00-0389-K-2

Dear Judge Duval:

    In accordance with the Court's Minute Entry, entered on September 18, 2001, Trans-Pacific Shipping Co. and Blue Cloud Shipping & Trading wish to submit this matter to Your Honor on the briefs.

                                    Respectfully yours,

                                      James H. Roussel
                                      Robin C. Minturn

cc:     Robert H. Murphy, Esq.
        Murphy, Rogers & Sloss
        One Shell Square
        701 Poydras Street
        Suite 400
        New Orleans, LA 70139
        (Your Ref.: 300/1662)
        (Via telecopier)

RECEIVED SEP 27 2001
CHAMBERS OF
U.S. DISTRICT JUDGE
STANWOOD R. DUVAL, JR.

NO-99218086.1