FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 DEC -5 PM 3: 29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRANS-PACIFIC SHIPPING CO. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0389 |
| BLUE CLOUD SHIPPING & TRADING | * | SECTION "K" |
| * * * * * * * * * | | MAGISTRATE (2) |

### JOINT MOTION TO CONTINUE TRIAL

**NOW INTO COURT**, through undersigned counsel, comes Trans-Pacific Shipping Co. and Blue Cloud Shipping & Trading, Inc., which have agreed to submit this matter on briefs, for a continuance of the 13 December 2001 trial/briefing deadline for the reasons that the parties have engaged in further settlement discussions and have narrowed the matters to be decided by the Court, but additional time is needed to take approximately four depositions which have not been taken because of the settlement discussions.

DATE OF ENTRY
DEC 0 7 2001

Fee
Process
X Dktd
CtRmDep
Doc.No. 27

For the reasons set forth in the attached memorandum, plaintiff and defendant request a continuance of the briefing deadline/trial until 4 February 2002.

Clients Are aware of motion to continue and have been provided with a copy.

Respectfully submitted,

MURPHY, ROGERS & SLOSS

_____
Robert H. Murphy, T.A. #9850
Scott E. Oliphant #23885
701 Poydras Street
400 One Shell Square
New Orleans, LA 70139
Telephone: (504) 523-0400
Attorneys for Trans-Pacific Shipping Company, as Owner of the M/V CHINA SPIRIT


PHELPS DUNBAR, L.L.P.

_____
James H. Roussel, T.A. #11496
Robin C. Minturn #25797
Canal Place
265 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Telephone: (504) 566-1311
Attorneys for Blue Cloud Shipping & Trading, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this ____5th___ day of December 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by telefax or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

_____RHMurph_____

300/1662

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRANS-PACIFIC SHIPPING CO.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0389** |
| **BLUE CLOUD SHIPPING & TRADING** | * | **SECTION "K"** |
| * * * * * * * * * | | **MAGISTRATE (2)** |

### O R D E R

Considering the foregoing motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the 13 December 2001 trial/briefing deadline is hereby continued and the trial/briefing deadlines are reset for 4 February 2002 with responses to be submitted by February 11, 2002.

New Orleans, Louisiana, this 7th day of December, 2001.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRANS-PACIFIC SHIPPING CO. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0389 |
| BLUE CLOUD SHIPPING & TRADING | * | SECTION "K" |
| *   *   *   *   *   *   *   *   * | * | MAGISTRATE (2) |

**MEMORANDUM IN SUPPORT OF**
**<u>JOINT MOTION TO CONTINUE TRIAL</u>**

MAY IT PLEASE THE COURT:

This case involves an allision occurring on the Mississippi River on 4 February 2000. The M/V EL FLAMENCO struck the M/V CHINA SPIRIT while the M/V CHINA SPIRIT was lying at anchor in the Mississippi River. Blue Cloud Shipping & Trading, Inc., the owners of the M/V EL FLAMENCO, have stipulated to liability for this incident.

Significant portions of the M/V CHINA SPIRIT's damages are not contested. The parties agreed to submit the disputed damage items to the Court on briefs and depositions rather than requiring a trial. The briefing deadline/trial is set for 13 December 2001. More

information concerning the disputed damage items have been exchanged in recent weeks and some of the disputed items have now been resolved. Although the parties had hoped a complete settlement could be reached, it now appears that some issues will have to be presented to the Court for resolution.

While the parties have attempted to settle this matter over the past several weeks, several necessary depositions were delayed. Also, lead counsel for defendant has been involved in the <u>Petronius</u> federal court litigation still pending before Judge Lemelle.

Accordingly, given the efforts to fully resolve this matter, the need for further depositions, and defense counsel's unavailability for those depositions, the parties jointly request this Honorable Court to extend the date for submission of briefs/trial from 13 December 2001 until 4 February 2002.

    Respectfully submitted,

    MURPHY, ROGERS & SLOSS

    _/s/ Robert H. Murphy_
    Robert H. Murphy, T.A. #9850
    Scott E. Oliphant #23885
    701 Poydras Street
    400 One Shell Square
    New Orleans, LA 70139
    Telephone: (504) 523-0400
    Attorneys for Trans-Pacific Shipping Company, as Owner of the M/V CHINA SPIRIT

PHELPS DUNBAR, L.L.P.

_____
James H. Roussel, T.A. #11496
Robin C. Minturn #25797
Canal Place
265 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Telephone: (504) 566-1311
Attorneys for Blue Cloud Shipping & Trading, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this ____5th____ day of December 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by telefax or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

_____

300/1662

3