FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB -1  PM 3: 52

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRANS-PACIFIC SHIPPING CO.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0389** |
| **BLUE CLOUD SHIPPING & TRADING** | * | **SECTION "K"** |
| *  *  *  *  *  *  *  *  * | | **MAGISTRATE (2)** |

## JOINT MOTION TO CONTINUE TRIAL

**NOW INTO COURT**, through undersigned counsel, comes Trans-Pacific Shipping

Co. and Blue Cloud Shipping & Trading, Inc., which have agreed to submit this matter on

briefs, for a continuance of the 4 February 2002 trial/briefing deadline for the reasons that

the parties have engaged in further settlement discussions and have narrowed the matters to

be decided by the Court, but additional time is needed to re-take the deposition of a foreign

witness.  Counsel confirm they have conferred with their clients and the parties agree to this

short continuance.

DATE OF ENTRY
FEB 0 5 2002

For the reasons set forth in the attached memorandum, plaintiff and defendant request

a continuance of the briefing deadline/trial until 4 March 2002.

Respectfully submitted,

MURPHY, ROGERS & SLOSS

Robert H. Murphy, T.A. #9850
Scott E. Oliphant #23885
701 Poydras Street
400 One Shell Square
New Orleans, LA   70139
Telephone: (504) 523-0400
Attorneys for Trans-Pacific Shipping
Company, as Owner of the M/V CHINA
SPIRIT


PHELPS DUNBAR, L.L.P.

James H. Roussel, T.A. #11496
Robin C. Minturn #25797
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Telephone: (504) 566-1311
Attorneys for Blue Cloud Shipping &
Trading, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this ____1st____ day of February 2002, served a

copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand,

by telefax or by placing same in the United States Mail, properly addressed, and first class

postage prepaid.

_____

300/1662

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

TRANS-PACIFIC SHIPPING CO.          *       CIVIL ACTION

VERSUS                              *       NO.  00-0389

BLUE CLOUD SHIPPING & TRADING       *       SECTION  "K"

*    *    *    *    *    *    *    *    *    MAGISTRATE (2)

MEMORANDUM IN SUPPORT OF
JOINT MOTION TO CONTINUE TRIAL

MAY IT PLEASE THE COURT:

This case involves an allision occurring on the Mississippi River on 4 February 2000.

The M/V EL FLAMENCO struck the M/V CHINA SPIRIT while the M/V CHINA SPIRIT

was lying at anchor in the Mississippi River.  Blue Cloud Shipping & Trading, Inc., the

owners of the M/V EL FLAMENCO, have stipulated to liability for this incident.

Significant portions of the M/V CHINA SPIRIT's damages are not contested.  The

parties agreed to submit the disputed damage items to the Court on briefs and depositions

rather than requiring a trial.  The briefing deadline/trial is set for 4 February 2002.  More

information concerning the disputed damage items have been exchanged in recent weeks

and some of the disputed items have now been resolved. Discovery on the remaining items in dispute has been undertaken and a representative of A/S D/S TORM, the former commercial managers of the CHINA SPIRIT, was deposed recently but this deposition raised new issues that the parties need to clarify. It is necessary to re-depose the TORM representative to clarify these issues; however, this foreign witness is currently traveling on business. Therefore, the parties require additional time to complete this deposition and to incorporate this testimony into their trial briefs.

Accordingly, given the efforts to fully resolve this matter, the need for a further deposition, and the witness' current unavailability for this deposition, the parties jointly request this Honorable Court to extend the date for submission of briefs/trial from 4 February 2002 until 4 March 2002.

Respectfully submitted,

MURPHY, ROGERS & SLOSS

_____
Robert H. Murphy, T.A. #9850
Scott E. Oliphant #23885
701 Poydras Street
400 One Shell Square
New Orleans, LA 70139
Telephone: (504) 523-0400
Attorneys for Trans-Pacific Shipping Company, as Owner of the M/V CHINA SPIRIT

2

PHELPS DUNBAR, L.L.P.


_____

James H. Roussel, T.A. #11496
Robin C. Minturn #25797
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Telephone: (504) 566-1311
Attorneys for Blue Cloud Shipping &
Trading, Inc.


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this ____ day of February 2002, served a

copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand,

by telefax or by placing same in the United States Mail, properly addressed, and first class

postage prepaid.


_____


300/1662


3

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRANS-PACIFIC SHIPPING CO.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0389** |
| **BLUE CLOUD SHIPPING & TRADING** | * | **SECTION "K"** |
| * * * * * * * * * | | **MAGISTRATE (2)** |

# O R D E R

Considering the foregoing motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the 4 February

2002 trial/briefing deadline is hereby continued and the trial/briefing deadlines are reset for

4 March 2002, with responses to be submitted by March 11, 2002.

New Orleans, Louisiana, this 5th day of February, 2002.

_____
UNITED STATES DISTRICT JUDGE

300/1662