

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAR -1  P 5:00

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRANS-PACIFIC SHIPPING CO.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 00-0389** |
| | * | |
| **BLUE CLOUD SHIPPING &** | * | **SECTION "K"** |
| **TRADING, INC.** | * | |
| | * | **MAGISTRATE (2)** |

* * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION AND INCORPORATED
### MEMORANDUM TO CONTINUE TRIAL

NOW INTO COURT, through undersigned counsel, comes Blue Cloud Shipping & Trading, Inc. ("Blue Cloud") and Trans-Pacific Shipping Co. ("Trans-Pacific"), and respectfully request a brief continuance of the March 4, 2002 trial/briefing deadline. The parties have continuously engaged in settlement discussions and have reached agreement on all but a few issues. In hopes of further reducing the number of disputed issues, Blue-Cloud has recently taken the deposition of the surveyor retained on behalf of Blue-Cloud to examine the damage to the CHINA SPIRIT. However, the parties will not be able to obtain a transcript of the deposition or discuss further resolution of the disputed issues prior to the March 4, 2002 submission date.

NO 99206345.1

DATE OF ENTRY
MAR 0 6 2002

Doc.No. 30

*[Handwritten at top:] Trans-Pacific and Blue Cloud have been informed of Continuance and have been provided a copy of the Joint Motion.*

Given the efforts to resolve this matter, the parties jointly request that this Honorable Court extend the date for submission of the trial briefs from March 4, 2002 to March 11, 2002.

Respectfully submitted,

*[signature]*

JAMES H. ROUSSEL, T.A. (#11496)
ROBIN C. MINTURN (#25797)
PHELPS DUNBAR, L.L.P.
One Canal Place, Suite 2000
365 Canal Street
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311

ATTORNEYS FOR BLUE CLOUD SHIPPING & TRADING, INC.

*[signature]*

Robert H. Murphy, T.A. #9850
Scott E. Oliphant #23885
701 Poydras St.
400 One Shell Square
New Orleans, LA 70139
Telephone: (504) 523-0400

ATTORNEYS FOR TRANS-PACIFIC SHIPPING CO., AS OWNER OF THE M/V CHINA SPIRIT

## CERTIFICATE

I hereby certify that a copy of the above and foregoing pleading has been served upon opposing counsel this 1st day of March, 2002 by depositing same in the U.S. Mail, postage pre-paid, properly addressed.

*[signature]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRANS-PACIFIC SHIPPING CO.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 00-0389** |
| | * | |
| **BLUE CLOUD SHIPPING &** | * | **SECTION "K"** |
| **TRADING, INC.** | * | |
| | * | **MAGISTRATE (2)** |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing,

IT IS HEREBY ORDERED that the March 4, 2002 trial/briefing deadline is hereby extended until March 11, 2002 with responses to be submitted by March 18, 2002.

New Orleans, Louisiana, this ___5___ day of ___March___, 2002.

_____
UNITED STATES DISTRICT JUDGE

NO-99256098.1