FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAR 19 AM 10: 03

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**DUVAL, J.**
**March 14, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRANS-PACIFIC SHIPPING CO. | CIVIL ACTION |
| VERSUS | NO. 00-389 |
| BLUE CLOUD SHIPPING & TRADING INC. | SECTION "K" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the plaintiff that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and it is hereby dismissed without costs. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 18TH day of March, 2002.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

DATE OF ENTRY
MAR 1 9 2002

Fee____
Process____
X Dktd____
CtRmDep____
Doc. No.____