

```
         FILED
   U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

   2002 APR 25  PM 4:01

   LORETTA G. WHYTE
          CLERK
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRANS-PACIFIC SHIPPING CO.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 00-0389** |
| | * | |
| **BLUE CLOUD SHIPPING &** | * | **SECTION "K"** |
| **TRADING, INC.** | * | |
| | * | **MAGISTRATE (2)** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come plaintiff, Trans-Pacific Shipping Co. and defendant, Blue Cloud Shipping & Trading, Inc., and upon advising the Court that the matters forming the basis of this action have been resolved amicably by and between them, move this Honorable Court for an order dismissing all claims asserted in the above-entitled and numbered civil action with prejudice, with each party to bear its own costs.

NO:99271250.1

```
DATE OF ENTRY
 APR 29 2002
```

Respectfully submitted,

*[signature: Robert H. Murphy]*

Robert H. Murphy, T.A. (#9850)
Peter B. Sloss (#17142)
Scott E. Oliphant (#23885)
MURPHY, ROGERS & SLOSS
701 Poydras Street
Suite 400, One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 523-0400

ATTORNEYS FOR TRANS-PACIFIC SHIPPING CO.

*[signature: Robin C. Minturn]*

JAMES H. ROUSSEL, T.A. (#11496)
ROBIN C. MINTURN (#25797)
PHELPS DUNBAR, LLP
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130 or 9007

ATTORNEYS FOR BLUE CLOUD SHIPPING & TRADING, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 24th day of April, 2002, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRANS-PACIFIC SHIPPING CO. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0389 |
| | * | |
| BLUE CLOUD SHIPPING & TRADING, INC. | * | SECTION "K" |
| | * | |
| | * | MAGISTRATE (2) |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion to Dismiss;

**IT IS HEREBY ORDERED** that all claims asserted in the above-entitled and numbered civil action be and hereby are dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 25th day of April, 2002.

_____
UNITED STATES DISTRICT COURT JUDGE

NO:99271250 1